UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES PISARCIK,

                      Plaintiff,                    No. 09-CV-14835-DT

vs.                                                Hon. Gerald E. Rosen

PRISON HEALTH SERVICES, et al.,

                      Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on         July 13 2010

PRESENT:    Honorable Gerald E. Rosen
                      United States District Chief Judge

This matter having come before the Court on the June 18, 2010 Report and Recommendation of United States Magistrate Judge Michael Hluchaniuk recommending that the Court dismiss Plaintiff's claims against Defendant Prison Health Services for lack of prosecution and that Prison Health Services' motion to dismiss be determined to be moot; and no timely objections to the Magistrate Judge's Report and Recommendation having been filed; and the Court having reviewed the Magistrate Judge's Report and Recommendation, and the Court's file of this action and having concluded that, for the reasons stated in the Report and Recommendation, Plaintiff's claims against Prison Health Services should be dismissed,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of June 18, 2010 **[Dkt. # 21]** be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that Plaintiff's complaint against Defendant Prison Health Services is DISMISSED for lack of prosecution.

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss **[Dkt. # 13]** is denied as MOOT.

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated: July 13, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 13, 2010, by electronic mail and upon Charles Pisarcik, #196233, G. Robert Cotton Correctional Facility, 3500 N. Elm Road, Jackson, MI 49201by ordinary mail.

s/Ruth A. Gunther
Case Manager