UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES PISARCIK,

                Plaintiff,                              No. 09-CV-14835

vs.                                                       Hon. Gerald E. Rosen

PRISON HEALTH SERVICES, et al.,

                Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT

                At a session of said Court, held in the
                U.S. Courthouse, Detroit, Michigan
                on       February 18, 2011

                PRESENT:  Honorable Gerald E. Rosen
                                   United States District Judge

       This matter having come before the Court on the January 21, 2011 Report and Recommendation of United States Magistrate Judge Mark A. Randon recommending that the Court dismiss Plaintiff's Complaint for failure to prosecute; and no timely objections to the Magistrate Judge's Report and Recommendation having been filed; and the Court having reviewed the Magistrate Judge's Report and Recommendation, and the Court's file of this action and having concluded that, for the reasons stated in the Report and Recommendation, Plaintiff's Complaint this case should be dismissed in its entirety, without prejudice, and the Court being otherwise fully advised in the premises,

       NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report

and Recommendation of January 21, 2011 **[Dkt. # 34]** be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Plaintiff's Complaint is hereby DISMISSED, in its entirety, without prejudice.

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated:  February 18, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 18, 2011, by electronic mail and upon Charles Pisarcik, #196233, Gus Harrison Correctional Facility (ARF), 2727 East Beecher Street, Adrian, MI 49221 by ordinary mail.

s/Ruth A. Gunther
Case Manager

2:09-cv-14835-GER-MJH   Doc # 35   Filed 02/18/11   Pg 3 of 3    Pg ID 115